■■■ In the Matter of KATHRYN KNIGHT, Appellant, v BOARD OF COOPERATIVE EDUCATIONAL SERVICES OF CATTARAUGUS-ALLEGANY-ERIE-WYOMING COUNTIES, Respondent. [714 NYS2d 166] —Judgment unanimously affirmed without costs. Memorandum: The determination of respondent terminating petitioner from her position as a certified occupational therapy assistant was based on several instances of misconduct by petitioner in abusing sick and personal leave in contravention of the employer-employee professional agreement and in submitting a false claim for reimbursement. A high degree of deference is to be accorded to an agency's determination of the appropriate penalty to be imposed (*see, Matter of Gillen v Smithtown Lib. Bd. of Trustees,* 254 AD2d 486, *affd* 94 NY2d 776), and it cannot be said here that the penalty of termina-

tion, when considered in light of all of the circumstances of this case, is so disproportionate to the offense as to be shocking to one's sense of fairness (*see, Matter of Pell v Board of Educ.*, 34 NY2d 222, 233; *Matter of Catalano v Village of Kenmore*, 255 AD2d 948). (Appeal from Judgment of Supreme Court, Cattaraugus County, Feeman, Jr., J.—CPLR art 78.) Present—Green, J. P., Hayes, Wisner, Scudder and Lawton, JJ.